Nos. 895, 896 and 897. CLEVELAND *v.* UNITED STATES;

No. 898. DARGER *v.* UNITED STATES;

No. 899. JESSOP *v.* UNITED STATES;

No. 900. DOCKSTADER *v.* UNITED STATES;

No. 901. STUBBS *v.* UNITED STATES;

No. 902. PETTY *v.* UNITED STATES;

No. 903. CHATWIN *v.* UNITED STATES;

No. 904. ZITTING *v.* UNITED STATES; and

No. 905. CHRISTENSEN *v.* UNITED STATES. March 12, 1945. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Mr. O. A. Tangren* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. W. Marvin Smith, Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States. Reported below: 146 F. 2d 730.

No. 815. SECURITIES & EXCHANGE COMMISSION *v.* OKIN. March 12, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Fahy* and *Mr. Roger S. Foster* for petitioner. *Mr. Samuel Okin* for respondent.

No. 914. BOWLES, PRICE ADMINISTRATOR, *v.* SEMINOLE ROCK & SAND CO. March 12, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Fahy* and *Mr. Thomas I. Emerson* for petitioner. *Messrs. Robert Ruark, Bennett H. Perry, Robert H. Anderson* and *J. M. Hemphill* for respondent.

No. 932. TRUST UNDER THE WILL OF BINGHAM ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. March 12,